AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-MJ-979 |
| David Motovich, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant David Motovich.

Date: 09/20/2021

*Mark E. Bini*
*Attorney's signature*

Mark E. Bini (MB8361)
*Printed name and bar number*

Reed Smith LLP
599 Lexington Avenue
New York, NY  10022

*Address*

mbini@reedsmith.com
*E-mail address*

(212) 521-5400
*Telephone number*

(212) 521-5450
*FAX number*