AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   21-Cr-497 (WFK)(MMH) |
| David Motovich | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant David Motovich                                                              .

Date:        03/20/2024

*Attorney's signature*

Randall W. Jackson (5274048)
*Printed name and bar number*
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York, New York 10019

*Address*

Rwjackson@wlrk.com
*E-mail address*

(212) 403-1248
*Telephone number*

(212) 403-2000
*FAX number*