UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                             :

UNITED STATES OF AMERICA,              :

                                                                             :     **COURT EXHIBIT 3:**

                            v.                                           :     **VERDICT SHEET**

                                                                             :     21-CR-497-1 (WFK)

DAVID MOTOVICH,                           :

                                      Defendant.    :

------------------------------------------------------------------------X

WE, the jury in the above-captioned case, hereby unanimously render the following verdict:

**COUNT ONE**: OPERATING UNLICENSED MONEY TRANSMITTING BUSINESS:

_____NOT GUILTY                                _____GUILTY

**COUNT TWO**: FAILURE TO FILE CURRENCY TRANSACTION REPORTS:

_____NOT GUILTY                                _____GUILTY

**COUNT THREE**: BANK FRAUD:

_____NOT GUILTY                                _____GUILTY

**COUNT FOUR**: BANK FRAUD:

_____NOT GUILTY                                _____GUILTY

**COUNT FIVE**:  BANK FRAUD:

_____NOT GUILTY                                   _____GUILTY


**COUNT SIX**:  BANK FRAUD:

_____NOT GUILTY                                   _____GUILTY


**COUNT SEVEN**:  CONSPIRACY TO COMMIT BANK FRAUD:

_____NOT GUILTY                                   _____GUILTY


**Note**:  **If you found neither the Defendant nor another individual committed all elements of Counts One, Three, Four, Five, and Six, do not evaluate Counts Eight through Fifteen.  If you found the Defendant or another individual committed all elements one of Counts One, Three, Four, Five, or Six, then you should evaluate each of Counts Eight through Fifteen.**


**COUNT EIGHT**:  MONEY LAUNDERING:

_____NOT GUILTY                                   _____GUILTY


**COUNT NINE**:  MONEY LAUNDERING:

_____NOT GUILTY                                   _____GUILTY


**COUNT TEN**:  MONEY LAUNDERING:

_____NOT GUILTY                                   _____GUILTY


**COUNT ELEVEN**:  MONEY LAUNDERING:

_____NOT GUILTY                                   _____GUILTY

**COUNT TWELVE**:  MONEY LAUNDERING:

_____NOT GUILTY                                              _____GUILTY


**COUNT THIRTEEN**:  MONEY LAUNDERING:

_____NOT GUILTY                                              _____GUILTY


**COUNT FOURTEEN**:  MONEY LAUNDERING:

_____NOT GUILTY                                              _____GUILTY


**COUNT FIFTEEN**: CONSPIRACY TO COMMIT MONEY LAUNDERING:

_____NOT GUILTY                                              _____GUILTY


**Note**:  If you found the Defendant not guilty of both of Counts Three and Seven, do not evaluate Count Sixteen.  If you found the Defendant guilty of either Counts Three or Seven, or both, then you should evaluate Count Sixteen.  One or the other is sufficient, but you must be unanimous.


**COUNT SIXTEEN**:  AGGRAVATED IDENTITY THEFT:

_____NOT GUILTY                                              _____GUILTY


**COUNT SEVENTEEN**:  CONSPIRACY TO DEFRAUD THE UNITED STATES:

_____NOT GUILTY                                              _____GUILTY


**COUNT EIGHTEEN**:  WITNESS TAMPERING:

_____NOT GUILTY                                        _____GUILTY


**THE FOREPERSON MUST SIGN AND DATE THIS VERDICT FORM.**

JURY FOREPERSON: _____

DATE: _____