UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
                                                                 :   **COURT EXHIBIT 3A:**
            v.                                                   :   **VERDICT SHEET**
                                                                 :   21-CR-497-1 (WFK)
DAVID MOTOVICH,                                                  :
                                                                 :
                          Defendant.                             :
                                                                 :
-----------------------------------------------------------------X

WE, the jury in the above-captioned case, hereby unanimously render the following verdict:

**COUNT ONE**: OPERATING UNLICENSED MONEY TRANSMITTING BUSINESS:

_____NOT GUILTY                              \_\_X\_\_GUILTY


**COUNT TWO**: FAILURE TO FILE CURRENCY TRANSACTION REPORTS:

_____NOT GUILTY                              \_\_X\_\_GUILTY


**COUNT THREE**: BANK FRAUD:

_____NOT GUILTY                              \_\_X\_\_GUILTY


**COUNT FOUR**: BANK FRAUD:

_____NOT GUILTY                              \_\_X\_\_GUILTY

1

**COUNT FIVE**: BANK FRAUD:

_____NOT GUILTY          \_\_X\_\_GUILTY

**COUNT SIX**: BANK FRAUD:

_____NOT GUILTY          \_\_X\_\_GUILTY

**COUNT SEVEN**: CONSPIRACY TO COMMIT BANK FRAUD:

_____NOT GUILTY          \_\_X\_\_GUILTY

**Note**: If you found the Defendant did not commit the crime charged in Count One, do not evaluate Counts Eight through Fifteen. If you found the Defendant did commit the crime charged in Count One, then you should evaluate each of Counts Eight through Fifteen.

**COUNT EIGHT**: MONEY LAUNDERING:

_____NOT GUILTY          \_\_X\_\_GUILTY

**COUNT NINE**: MONEY LAUNDERING:

_____NOT GUILTY          \_\_X\_\_GUILTY

**COUNT TEN**: MONEY LAUNDERING:

_____NOT GUILTY          \_\_X\_\_GUILTY

**COUNT ELEVEN**: MONEY LAUNDERING:

_____NOT GUILTY          \_\_X\_\_GUILTY

**COUNT TWELVE**: MONEY LAUNDERING:

_____NOT GUILTY       \_\_X\_\_GUILTY

**COUNT THIRTEEN**: MONEY LAUNDERING:

_____NOT GUILTY       \_\_X\_\_GUILTY

**COUNT FOURTEEN**: MONEY LAUNDERING:

_____NOT GUILTY       \_\_X\_\_GUILTY

**COUNT FIFTEEN**: CONSPIRACY TO COMMIT MONEY LAUNDERING:

\_\_X\_\_NOT GUILTY       _____GUILTY

**Note**: If you found the Defendant not guilty of both of Counts Three and Seven, do not evaluate Count Sixteen. If you found the Defendant guilty of either Counts Three or Seven, or both, then you should evaluate Count Sixteen. One or the other is sufficient, but you must be unanimous.

**COUNT SIXTEEN**: AGGRAVATED IDENTITY THEFT:

_____NOT GUILTY       \_\_X\_\_GUILTY

**COUNT SEVENTEEN**: CONSPIRACY TO DEFRAUD THE UNITED STATES:

_____NOT GUILTY       \_\_X\_\_GUILTY

**COUNT EIGHTEEN**: WITNESS TAMPERING:

3

__NOT GUILTY  _____GUILTY

**THE FOREPERSON MUST SIGN AND DATE THIS VERDICT FORM.**

JURY FOREPERSON: _____

DATE: 07/30/2024

4