**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RCH:ADG
F. #2025R00729

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 15, 2026

**BY E-MAIL**

The Honorable Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. David Motovich
Criminal Docket No. 26-212 (MMH)

Dear Judge Kuntz and Judge Henry:

Pursuant to Rule 4 of the Rules for the Division of Business for the Eastern District of New York (effective February 17, 2025), the government hereby notifies the Court that the above-captioned case ("Motovich II") may be related to United States v. David Motovich, No. 21-CR-497 (WFK) ("Motovich I"). The defendant in Motovich II has been charged with a misdemeanor offense and the case has been assigned to the Honorable Marcia M. Henry, Magistrate Judge for the Eastern District of New York.

Rule 4(b)(1) provides for "a presumption that one case is 'related' to another when the facts of each arise out of the same charged criminal scheme(s), transaction(s), or event(s), even if different defendants are involved in each case, or when the same criminal conduct is charged in an indictment and a violation of probation or supervised release." Rule 4(c)(1) directs the United States Attorney's Office to "give notice to all relevant Judges whenever it appears that one case may be related to another pursuant to Rule 4(b) above."

This letter constitutes the notice directed by Rule 4(c)(1). These cases may be related. Specifically, the defendant in both cases is the same individual (David Motovich) and the conduct charged in Motovich II stems from actions taken by the defendant while serving his custodial sentence in Motovich I. Moreover, there is no final judgment in Motovich I, as issues of restitution and forfeiture are still pending. Therefore, the case remains open.

As the cases may be related, the government respectfully provides notice that reassignment may be appropriate.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Andrew D. Grubin
Assistant United States Attorney
(718) 254-6322

cc: Henry Mazurek, Esq. (via electronic mail)
Clerks of the Court (WFK) (MMH)